# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN HART,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA; LOUIS GIORLA;** | : | |
| **JOHN DELANEY; MICHELE FARRELL;** | : | |
| **WILLIAM LAWTON; CHRISTOPHER** | : | |
| **THOMAS; BRUCE HERDMAN;** | : | |
| **J. WILLIAMS; SHEILA BEDFORD;** | : | |
| **CORIZON; ARAMARK CORRECTIONAL** | : | |
| **SERVICES INC.; L.T. JOSEPH MURRAY;** | : | |
| **C.O. R. YOUNG; C.O. RONALD EURE; C.O.** | : | |
| **JOHN #1 DOE; C.O. N. BAPTISTE; GERALD** | : | |
| **MAY; C.O. HARMER; C.O. THORTON;** | : | |
| **WARDEN KAREN BRYANT; C.O. JOHN #2** | : | |
| **DOE; SARGEANT AKHTAR; JAMES** | : | |
| **ARNONE; and SERGEANT GANGEMI** | : | **No. 13-6661** |

## ORDER

AND NOW, this 11th day of January, 2016, upon consideration of the *pro se* "Second Amended Complaint," Defendant Sheila Bedford's "Motion to Dismiss Plaintiff's Second Amended Complaint" (and accompanying memorandum of law), and plaintiff's "Answer to Motion to Dismiss" (and accompanying memorandum of law) and for the reasons set forth in the accompanying memorandum of today's date, it is **ORDERED** that:

1.    Defendant Sheila Bedford's "Motion to Dismiss Plaintiff's Second Amended Complaint" (paper no. 53) is **GRANTED**.

2.    This order and the accompanying memorandum of today's date apply only to Defendant Sheila Bedford.

        /s/ Norma L. Shapiro

                                       J.