**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN HART** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  13-cv-6661** |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |

## ORDER

**AND NOW, this** 14th day of August, 2017, upon consideration of defendant Aramark Correctional Services, Inc.'s motion to strike and/ or dismiss the second amended complaint for failure to state a claim, it is hereby **ORDERED** that the motion to strike [Doc. 57] is **DENIED** and the motion to dismiss [Doc. 57] is **GRANTED**.

The Second Amended Complaint is **DISMISSED** as to defendant Aramark Correctional Services, Inc..

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.