# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN HART | : | CIVIL ACTION |
| v. | : | NO. 13-cv-6661 |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

**AND NOW,** this 20th day of September, 2017, upon consideration of defendants' motion to dismiss the second amended complaint for failure to state a claim, it is hereby **ORDERED** that the motion [Doc. 71] is **GRANTED**.

The Second Amended Complaint is **DISMISSED** as to defendant City of Philadelphia and the following defendants in both their official and individual capacities: Louis Giorla, John Delaney, Michele Farrell, William Lawton, Christopher Thomas, Bruce Herdman, Ronald Eure, Jheovannie Williams, Natalia Baptiste, Annceleste Gangemi, Sohail Ahktar, Ramel Young, Deidra Thornton, Charles Harmer, John Does ##1-3.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.