# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN HART | : CIVIL ACTION |
| v. | : NO. 13-cv-6661 |
| CITY OF PHILADELPHIA, et al. | : |

## ORDER

**AND NOW, this** 1st day of March, 2018, upon consideration of defendant Corizon Health Service's motion for summary judgment, it is hereby **ORDERED** that the motion [Doc. 91] is **GRANTED**.

Judgment is **ENTERED** in favor of defendant Corizon Health Services, Inc. and against Plaintiff John Hart.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.